PREGERSON, Circuit Judge,
dissenting:
Clyde Pinto is a fifty-year-old father of three U.S. born citizen children, ages twenty-two, twenty-one, and seven years old. His wife is a U.S. citizen. He has an approved 1-130 visa petition based on his marriage to his present wife. Pinto has lived in the U.S. for over twenty-three years, and worked as an accountant for various school districts in California. He has no criminal record and does not pose a national security risk. Pinto’s wife suffers from depression and anxiety, requiring ongoing psychological treatment. Additionally, over the course of Pinto’s immigration proceedings, he received poor representation from multiple attorneys.
Although the BIA noted in its decision denying the motion to reopen that Pinto was married, the BIA erred by failing to fully consider all relevant factors, specifically the many positive equities stated above. See Ali v. Holder, 637 F.3d 1025, 1031-32 (9th Cir.2011) (stating that the BIA’s review of a motion to reopen “must show proper consideration of all factors, both favorable and unfavorable”). In doing so, the BIA abused its discretion when it denied the motion to reopen. Because of the BIA’s abuse of discretion, I believe that Pinto should be granted the chance to reopen his case. Accordingly, I respectfully dissent.